UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO CARDENAS-SUASTEGUI, et al.,<br><br>Defendants. | No. 1:16cr106 LJO-SKO<br><br>STIPULATION AND ORDER |

    Plaintiff United States of America, by and through its counsel of record, and defendant, Alfredo Cardenas-Saustegui, by and through his counsel of record, hereby stipulate as follows:

1. This matter was previously set for sentencing before the Honorable Lawrence J. O'Neill, Chief District Court Judge, on February 12, 2018, at 9:45 a.m.

2. The parties agree to continue sentencing in this matter to March 19, 2018, at 10:00 a.m., due to the unavailability of defense counsel for several weeks in December and January following knee surgery, necessitating additional time for defense counsel to prepare arguments for sentencing in this matter.

3. The parties further agree and stipulate, and request that the Court find the following:

    a. The unavailability of defense counsel in the weeks leading up to sentencing

1

constitutes good cause for continuing sentencing in this matter.

      b. The parties believe that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective representation for sentencing in this matter.

      c. The parties further agree that informal objections to the PSR shall be due four weeks prior to the new sentencing date; responses to informal objections to the PSR shall be due three weeks prior to the new sentencing date; formal objections to the PSR shall be due two weeks to the new sentencing date; sentencing memoranda and responses to the formal objections shall be due one week prior to the new sentencing date.

4. The assigned Probation Officer, Megan D. Pascual, was consulted by defense counsel regarding this request to continue sentencing and stated that she has no objection to the continuance herein requested.

IT IS SO STIPULATED.

DATED: February 7, 2018    Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Karen A. Escobar_____
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: February 7, 2018    LAW OFFICES OF MICHAEL D. GRAHN

/s/ Michael D. Grahn_____
MICHAEL D. GRAHN, ESQ.
Counsel for Alfredo Cardenas-Suastegui

**O R D E R**

Having reviewed the stipulation of the parties,

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: __**February 8, 2018**__     _____**/s/ Lawrence J. O'Neill**_____
                                                          UNITED STATES CHIEF DISTRICT JUDGE