| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KAREN A. ESCOBAR<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABEL TOLEDO-VILLA,<br>SAIR MALDONADO-SOTO,<br>CORAL HERRERA, and<br>ALFREDO CARDENAS-SUASTEGUI,<br><br>Defendants. | CASE NO. 1:16-CR-00106-LJO-SKO<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on July 21, 2017, and October 30, 2017, the Court entered Preliminary Orders of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreements entered into between plaintiff and defendants Abel Toldedo-Villa, Sair Maldonado-Soto, Coral Herrera, and Alfredo Cardenas-Suastegui, forfeiting to the United States the following property:

    a. Ruger Model 10122 .22 caliber rifle, serial #125-20520,

    b. 106 live .22 caliber bullets,

    c. Miscellaneous ammunition seized from co-defendant SAIR EDUARDO MALDONADO-SOTO's residence in Perris, California, and

    d. Marlin Model 60 .22 caliber rifle, serial #05175207.

FINAL ORDER OF FORFEITURE      1

AND WHEREAS, beginning on November 3, 2017, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired;

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Abel Toldedo-Villa, Sair Maldonado-Soto, Coral Herrera, and Alfredo Cardenas-Suastegui.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Forestry Service or Department of Homeland Security, Customs and Border Protection, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  **May 17, 2018**              /s/ Lawrence J. O'Neill
                                                  UNITED STATES CHIEF DISTRICT JUDGE